GEORGE FETZ, Appellant, v. JOSEPHINE FETZ, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GEORGE FETZ, Appellant, v. JOSEPHINE FETZ, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $1,000

in lieu of the undertaking already filed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.